[No. 30484-8-II. Division Two. May 10, 2005.]

REED'S MEADOW, L.L.C., *Appellant*, v. TAD HERDMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-01001-0, Anna M. Laurie, J., entered June 9, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J, and Bridgewater, J.

[No. 30692-1-II. Division Two. May 10, 2005.]

KIRSTEN OTZENBERGER ET AL., *Respondents*, v. ESTHER PARK-HWANG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-10603-7, Rosanne Buckner, J., entered July 30, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 30722-7-II. Division Two. May 10, 2005.]

CURTIS E. WARNER ET AL., *Appellants*, v. DESIGN AND BUILD HOMES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-04775-6, Barbara D. Johnson, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 128 Wn. App. 34.

[No. 30813-4-II. Division Two. May 10, 2005.]

FANNIE THOMAS, *Respondent*, v. METALS EXPRESS, INC., ET AL., *Appellants*, MICHAEL F. STANLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-07391-2, Katherine M. Stolz, J., entered September 2, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.